# EXHIBIT "C"

MarshMcLennan Agency

**Marsh & McLennan Agency LLC**

PLEASE PAY FROM THIS INVOICE.
PAYMENT IS DUE ON RECEIPT.
INCLUDE INVOICE # WITH PAYMENT

PLEASE REMIT PAYMENT USING ONE OF THESE OPTIONS

**Check payable to:**
Marsh & McLennan Agency, LLC
Lockbox 745424, College Park, GA 30349

**Credit Card/echeck**
https://merchant.securfee.com/payment/blank/mma-florida

**ACH/Wire**
Routing #071000039 (ACH) / 026009593 (Wire)
Swift Code: BOFAUS3N

**Account name & number:**
Marsh McLennan Agency
8188394478

**Bank:** Bank of America
2000 Clayton Road, 5D FL Building D,
Concord CA 94520-2445

**Express/Overnight/Courier Delivery:** Bank of America Lockbox Services - Marsh and McLennan Agency LLC, Lockbox 745424; 6000 Feldwood Road, College Park, GA 30349

MAC Flipper LLC
16160 SW 250 St
Homestead, FL 33031

| Invoice # | 31057 |
|---|---|
| **Account Number** | **Date** |
| MACFLIP-01 | 6/9/2023 |
| **Effective Date** | **Expiration Date** |
| 6/12/2023 | 6/12/2024 |
| **Policy Type** | **Policy Number** |
| Watercraft | BINDER |
| **Balance Due On** | **PPE** |
| 6/17/2023 | Lucantha Marine Insura |
| **Amount Due** | |
| $25,685.11 | |

| Transaction Effective Date | Due Date | Description | Amount |
|---|---|---|---|
| 6/12/2023 | 6/17/2023 | 2016 Tiara insurance Premium | $24,127.00 |
| 6/12/2023 | 6/17/2023 | Company Fee | $35.00 |
| 6/12/2023 | 6/17/2023 | Brokerage Fee | $300.00 |
| 6/12/2023 | 6/17/2023 | Florida State Tax | $1,208.43 |
| 6/12/2023 | 6/17/2023 | Florida State Fee | $14.68 |
| | | **Total:** | **$25,685.11** |