# EXHIBIT "D"

Lucantha MARINE INSURANCE

# Invoice # 90797

| Account Name | Invoice Date |
|---|---|
| MAC Flipper LLC/Miguel Costa | 6/21/2023 |
| **Customer Service** | **Amount Due** |
| SE09CNASON | $21,786.14 |

Phone: (207) 688-6420

*** Celedinas Insurance Group**
**4400 PGA Blvd., Suite 1000**
**Palm Beach Gardens, FL 33410**

Payment is due 30 days from policy effective date

REMIT TO: Lucantha Marine Insurance, LLC c/o The Boon Group

6300 Bridgepoint Parkway, Bldg 3, Ste 200, Austin, TX 78730

| Item # | Pol Type | Policy # | Description | Amount |
|---|---|---|---|---|
| 926589 | CYAT | CSRYP/225694 | Eff Date: 6/16/2023<br>New Invoice Effective 6/16/2023<br>*50694* 2016 48 Tiara | $23,816.00 |
| | | | 6/21/2023 Broker Commission | ($3,572.41) |
| 926590 | CYAT | CSRYP/225694 | Eff Date: 6/16/2023<br>Company Fee for Concept<br>*50694* 2016 48 Tiara | $35.00 |
| | | | 6/21/2023 Broker Commission | $0.00 |
| 926591 | CYAT | CSRYP/225694 | Eff Date: 6/16/2023<br>Service Fees<br>*50694* 2016 48 Tiara | $300.00 |
| | | | 6/21/2023 Broker Commission | $0.00 |
| 926593 | CYAT | CSRYP/225694 | Eff Date: 6/16/2023<br>Surplus Lines Tax<br>*50694* 2016 48 Tiara | $1,193.06 |
| | | | 6/21/2023 Broker Commission | $0.00 |
| 926594 | CYAT | CSRYP/225694 | Eff Date: 6/16/2023<br>Surplus Lines Fees<br>*50694* 2016 48 Tiara | $14.49 |

# Invoice # 90797

| Account Name | Invoice Date |
|---|---|
| MAC Flipper LLC/Miguel Costa | 6/21/2023 |
| **Customer Service** | **Amount Due** |
| SE09CNASON | $21,786.14 |

Phone: (207) 688-6420

*** Celedinas Insurance Group**
**4400 PGA Blvd., Suite 1000**
**Palm Beach Gardens, FL 33410**

Payment is due 30 days from policy effective date

REMIT TO: Lucantha Marine Insurance, LLC c/o The Boon Group

6300 Bridgepoint Parkway, Bldg 3, Ste 200, Austin, TX 78730

| Item # | Pol Type | Policy # | Description | | Amount |
|---|---|---|---|---|---|
| | | | 6/21/2023 | Broker Commission | $0.00 |

**Total Invoice Balance:** **$21,786.14**