UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MAC FLIPPER, LLC,
a Florida Limited Liability Company,

      Plaintiffs,

vs.                                                CASE NO.: 1:25-cv-21084-JEM

MARSH & MCLENNAN AGENCY LLC,
a Delaware Limited Liability Company,

      Defendant.
_____/

**DEFENDANT MARSH & MCLENNAN AGENCY LLC'S
MOTION FOR ISSUANCE OF A LETTER OF REQUEST TO THE
<u>UNITED KINGDOM COMPELLING THE PRODUCTION OF DOCUMENTS</u>**

      Defendant Marsh & McLennan Agency LLC ("MMA") moves the Court, pursuant to 28 U.S. Code § 1781 and Federal Rule of Civil Procedure 28(b) and the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (1977), to issue a Letter of Request directed to Senior Master of the Royal Courts of Justice, Foreign Process Section, United Kingdom, for the production of documents from Concept Special Risks Ltd. relating to the above-captioned action. In support, MMA states:

      1.      Pursuant to Article 1 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention"), a judicial authority of a signatory state may request the competent authority of another signatory state to obtain evidence by means of a Letter of Request. *See* Hague Convention (attached as **Exhibit A**). The United Kingdom and the United States are both signatories to the Hague Convention. *See* Hague Conference on Private International Law, *HCCH Members,* (visited Aug. 19, 2025),

https://www.hcch.net/en/states/hcch-members/details1/?sid=76; *see also* Hague Conference on Private International Law, *HCCH Members,* (visited Aug. 19, 2025), https://www.hcch.net/en/states/hcch-members/details1/?sid=75.

2.  The United Kingdom has designated the Senior Master of the Royal Courts of Justice, Foreign Process Section, as its competent authority to receive Letters of Request. Thus, this Court may properly issue a Letter of Request to the Senior Master of the Royal Courts of Justice, Foreign Process Section.

3.  Pursuant to Federal Rule of Civil Procedure 28(b) and 28 U.S. Code § 1781, Letters of Request may be issued on appropriate terms after an application and notice.

4.  MMA moves for issuance of this Letter of Request because it seeks discovery from:

> Records Custodian
> Concept Special Risks Ltd
> Unity House, 2 Station Court
> Station Road
> Guiseley LEEDS, LS20 8EY
> United Kingdom
> +44 (0)1943 882 700

regarding matters at issue in this lawsuit.

5.  In this lawsuit, Plaintiff MAC Flipper alleges that its insurance claim for the constructive total loss of its motor yacht Flipper Two was denied as a result of its insurance broker, Defendant Marsh & McLennan Agency LLC's, negligence and breach of fiduciary duty owed to Plaintiff. Specifically, Plaintiff alleges that the Concept Special Risks, Ltd. insurance policy covering Flipper Two contained a fire suppression warranty which, if breached, operated to void the policy from inception, and that Plaintiff breached this warranty because Defendant

failed to provide Plaintiff notice of it. Plaintiff further alleges that Defendant failed to provide Plaintiff notice of a choice of law provision within the policy.

6. Concept is in possession of documents directly relevant to disputed issues in this case.

7. As described in its Letter of Request, a copy of which is attached as **Exhibit B**, MMA requires from Concept:

> All documents and correspondence in Concept Special Risks Ltd.'s custody, care, possession, or control relating to Policy No. CSRYP/225694 (issued to MAC Flipper LLC), including but not limited to those related to the application for the policy, underwriting for the policy, issuance of the policy, claims made under the policy, and litigation arising from claims made under the policy (including, but not limited to, *Accelerant Specialty Insurance Company et al. v MAC Flipper, LLC* Case No. 24-cv-20148-GAYLES), for the time period of January 1, 2023 to the present.

8. Defendant requires this evidence from Concept because Plaintiff premises its negligence and breach of fiduciary duty claims against Defendant on the procurement of Concept Special Risks, Ltd. Policy No. CSRYP/225694, Plaintiff's purported breach of that policy, Plaintiff's claim under that policy, and the coverage litigation that arose from that insurance claim (*Accelerant Specialty Insurance Company et al. v MAC Flipper,* LLC Case No. 24-cv-20148-GAYLES). Defendant believes in good faith that the evidence requested is likely to show or lead to evidence showing that Plaintiff could have prevailed in the aforementioned coverage litigation, or achieved a substantially more favorable settlement.

9. This evidence is necessary in order for MMA to prepare a defense against Plaintiff's claims in this case.

10. The evidence sought is located in the United Kingdom and cannot be obtained through standard United States discovery methods.

WHEREFORE Defendant Marsh & McLennan Agency LLC respectfully requests that the Court grant its motion to issue the attached Letter of Request.

## LOCAL RULE 7.1 (a)(3) CERTIFICATION

Counsel for Defendant Marsh & McLennan Agency LLC conferred with counsel for Plaintiff Mac Flipper, LLC regarding the relief sought in this Motion. Plaintiff does not oppose this Motion.

Dated: August 20, 2025                    Respectfully submitted,


/s/ *Jessica Kerbel*
JOSHUA D. LERNER
Florida Bar No.: 455067
jlerner@rumberger.com (primary)
docketingmiami@rumberger.com and
jlernersecy@rumberger.com (secondary)
MICHAEL R. HOLT
Florida Bar No.: 0483450
mholt@rumberger.com (primary)
docketingmiami@rumberger.com and
mholtsecy@rumberger.com (secondary)
JESSICA KERBEL
Florida Bar No.: 124152
E-mail: jkerbel@rumberger.com (primary)
docketingmiami@rumberger.com and
jkerbelsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF on August 20, 2025, which will send a notice of electronic filing to all parties of record on the Service List Below.

/s/ *Jessica Kerbel*
Jessica Kerbel

## SERVICE LIST

Andrew N. Mescolotto, Esquire
Fertig and Gramling
200 Southeast 13th Street
Fort Lauderdale, FL 33316
anm@fertig.com

*Counsel for Plaintiff*