UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21084-CIV-BECERRA/SANCHEZ

MAC FLIPPER, LLC,
a Florida Limited Liability Company,

      Plaintiff,

v.

MARSH & MCLENNAN AGENCY LLC,
a Delaware Limited Liability Company,

      Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION TO COMPEL

On January 15, 2026 and March 30, 2026, the Court held hearings on Defendant Marsh & McLennan Agency LLC's Second Motion to Compel Production of Documents, ECF No. 33. Through its motion, supplemental briefing, and hearing arguments, Defendant asks the Court to overrule Plaintiff's objections and compel Plaintiff to produce attorney-client communications between Plaintiff and Plaintiff's counsel in a related declaratory judgment action, *Accelerant Specialty Ins. Co. v. Mac Flipper, LLC*, Case No. 24-20148-Civ-Becerra, as well as attorney opinion work product created during that litigation, that are otherwise responsive to Request for Production ("RFP") No. 5.[*] *See* ECF No. 33. The Court announced its rulings on the issues raised on the record of the March 30, 2026 hearing, together with supporting reasoning. This Order summarizes and memorializes those rulings on the docket.

---

[*] Plaintiff has represented that, other than attorney-client communications and attorney opinion work product, all responsive materials, including fact work product materials, that were responsive to RFP No. 5 have been produced to Defendant. Only attorney-client communications and attorney opinion work product have been withheld.

Having considered Defendant's motion, Plaintiff's response (ECF No. 37), Defendant's Additional Briefing in Support of its Second Motion to Compel Production of Documents (ECF No. 68), Plaintiff's Response in Opposition to Defendant Marsh's Additional Briefing (ECF No. 69), the parties' arguments, the record in this case, and the applicable law, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that Defendant's Second Motion to Compel Production of Documents (ECF No. 33) is **DENIED.**  The Court finds that Defendant has failed to establish either (1) that the attorney-client communications and attorney opinion work product from the related declaratory judgment action have been injected into or otherwise put at issue in this litigation through the claims and issues raised by Plaintiff or (2) that Plaintiff has otherwise waived the attorney-client privilege and work product protections applicable to the attorney-client communications and attorney opinion work product that Defendant seeks to compel.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 1st day of April 2026.

EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:     Hon. Jacqueline Becerra
        Counsel of Record

2