UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21084-CIV-BECERRA/SANCHEZ

MAC FLIPPER, LLC,
A Florida Limited Liability Company,

Plaintiff,

v.

MARSH & MCLENNAN AGENCY LLC,
a Delaware Limited Liability Company,

Defendant.
_______________________________________/

**ORDER ON PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER**

On August 27, 2026, the Court held a hearing on Plaintiff's Motion to Compel Production of Documents, ECF No. 89, and Plaintiff's Motion for Protective Order to Prevent the Deposition of Miguel Costa, ECF No. 93. The Court announced its rulings on the issues raised on the record of the hearing, together with supporting reasoning. This Order summarizes and memorializes those rulings on the docket. Having considered Plaintiff's motions (ECF Nos. 89, 93), Defendant's responses (ECF Nos. 90, 96), the parties' arguments and representations, the record in this case, and the applicable law, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to Compel Production of Documents, ECF No. 89, is **GRANTED**. **On or before September 8, 2026**, Defendant shall produce any non-privileged documents that are responsive to Requests 11 and 12 of Plaintiff's Second Request for Production.
2. Plaintiff's Motion for Protective Order to Prevent the Deposition of Miguel Costa, ECF No. 93, is **GRANTED IN PART** to the extent that Defendant shall neither (i) re-ask

Mr. Costa the same questions that were previously asked of him during the Rule 30(b)(6) deposition of Plaintiff Mac Flipper, LLC, nor (ii) review the same exhibits that were previously reviewed with Mr. Costa during that Rule 30(b)(6) deposition, except to the extent that those exhibits may be relevant to the personal relationship of Mr. Costa to Defendant. Plaintiff's Motion for Protective Order is otherwise **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of August 2026.

EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jacqueline Becerra
Counsel of Record