UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-21084-JB/SANCHEZ

MAC FLIPPER, LLC, a Florida
Limited Liability Company,

Plaintiff,

v.

MARSH & MCLENNAN AGENCY, LLC,
a Delaware Limited Liability Company,

Defendant.
_______________________________________/

**JOINT MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES**

Plaintiff, Mac Flipper, LLC ("Plaintiff") and Defendant, Marsh & McLennan Agency, LLC ("Defendant") hereby respectfully file this joint motion to extend the discovery, mediation, and dispositive motion deadlines and in support thereof state:

1. Pursuant to this Court's Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, And Pretrial Procedures (DE 61) and Order on Joint Motion to Extend Discovery and Mediation Deadlines (DE 92) the parties must complete discovery by October 2, 2026, complete mediation by October, 9 2026, and file dispositive motions by October 23, 2026.

2. Plaintiff and Defendant have worked diligently to conduct discovery in this case. To date, the parties have engaged in extensive and ongoing paper discovery and have taken the following depositions:

   a. MAC Flipper, LLC's 30(b)(6) representative on April 22, 2026

   b. MMA's former employee Bryan Kunnemann on July 10, 2026

   c. MMA's current employee Julian Lugo on July 21, 2026

d. Susan Pagan (Miguel Costa's assistant) on July 30, 2026

e. Plaintiff's expert Robert Ray on September 17, 2026 (adjourned)

f. Defendant's expert Trey Hutt on September 21, 2026

g. Lucantha Marine Insurance, LLC's 30(b)(6) representative on September 23, 2026

3. The parties have noticed the following depositions to occur in the near future:

a. MMA's 30(b)(6) Representative to occur on September 30, 2026

b. Defendant's expert Douglas McIntosh to occur on October 1, 2026

4. Plaintiff and Defendant are working to take the depositions of Lucantha Marine Insurance, LLC's former employee Steve Dalton, Plaintiff's damages expert Mazyer "Mike" Hatami, Miguel Costa in his individual capacity, and Davant Law's 30(b)(6) Representative, and to complete the deposition of Plaintiff's expert Robert Ray.

5. Plaintiff and Defendant respectfully request an extension of the discovery period up and through October 30, 2026 to allow these critical fact and expert witness depositions to be completed. As previously discussed, there were scheduling difficulties around summer vacations of both witnesses and counsel, and there have been additional difficulties in coordinating with non-parties' schedules as well as the schedules of attorney's for non-party witnesses. The Parties have been diligently working to complete discovery in this case, however there are factors outside of their control, which have delayed certain depositions.

6. Following the close of discovery, Plaintiff and Defendant respectfully request up and through November 30, 2026 to complete mediation. This case will be in the best position to be mediated after all witness depositions have been completed.

7. The parties also request an extension of the dispositive motion deadline up and through November 30, 2026, to allow time for transcript receipt following the aforementioned

depositions. As additional grounds for the extension of the dispositive motion deadline, Plaintiff's counsel is set for trial before Judge Gayles in Key West during the Court's two-week trial period beginning on November 2, 2026. This case is expected to proceed to trial during that docket.

8. These extensions will not impact the Court's other pre-trial deadlines.

9. On September 22, 2026, Counsel for Plaintiff and the Defendant conferred regarding the issues raised by this Motion and on other pending discovery issues. On September 23, 2026, undersigned counsel had an additional in person conference on this Motion. Counsel agreed that the requested deadlines are reasonable and necessary to complete discovery in this case, submit dispositive motions, and prepare for a productive mediation.

10. Attached as **Exhibit A,** for the Court's consideration, is a Proposed Order granting this Joint Motion to Extend the referenced deadlines.

11. The foregoing constitutes good cause for granting the relief sought herein.

12. This extension is being sought in advance of the expiration of the discovery, dispositive motion, and mediation deadlines.

13. This extension is being sought in good faith and not for purposes of delay or prejudice.

**MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure provides in pertinent part:

> "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."

The aforementioned rule allows this Court wide discretion to enlarge a time period established by a Court Order or the Rule. In addition, the Eleventh Circuit has noted that a district

court has broad discretion in managing its case load and setting deadlines. *Chrysler Int'l Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). This broad discretion applies to the management of pre-trial activities. *Id*. (citing *Johnson v. Bd. of Regents of Univ. Georgia,* 263 F.3d 1234, 1269 (11th Cir. 2001)). A schedule may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

In this case, the parties seek a brief extensions for the discovery, dispositive motion, and mediation deadlines as set forth above. There is good cause for the extensions as undersigned counsel have been working diligently to conduct discovery in this case, but have been frustrated by factors beyond their immediate control.

WHEREFORE, Plaintiff Mac Flipper, LLC and Defendant Marsh & McLennan Agency, LLC respectfully request an order extending the discovery, mediation, and dispositive motion deadlines and any other relief this Court deems just and proper.

**Certificate of Conferral as Required by Local Rule 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), counsels for Plaintiff and Defendant conferred regarding the relief requested in this motion on September 22, 2026, as well as in person on September 23, 2026 and agreed to jointly seek the relief requested in this Motion.

Respectfully Submitted,


| | |
|---|---|
| */s/ Andrew N. Mescolotto*<br>ANDREW N. MESCOLOTTO (28141)<br>FERTIG AND GRAMLING<br>200 Southeast 13th Street<br>Fort Lauderdale, FL 33316<br>PH: (954) 763-5020<br>FX: (954) 763-5412<br>anm@fertig.com<br>*Counsel for Plaintiff* | */s/ Joshua D. Lerner*<br>Joshua D. Lerner<br>Florida Bar No.: 455067<br>jlerner@rumberger.com (primary)<br>docketingmiami@rumberger.com and<br>jlernersecy@rumberger.com (secondary)<br>RUMBERGER, KIRK & CALDWELL<br>Brickell Bayview Centre, Suite 3000<br>80 S.W. 8th Street (33130-3037)<br>Miami, Florida 33101<br>Telephone: (305) 358-5577<br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY a true and correct copy of the forgoing document was served via CM/ECF on September 25, 2026, on all counsel of record on the attached service list. The undersigned certifies that he was authorized in writing by Plaintiff's counsel to file this Motion jointly on behalf of the parties.

/s/ *Joshua D. Lerner*
Joshua D. Lerner

**SERVICE LIST**

| | |
|---|---|
| FERTIG & GRAMLING<br>Andrew N. Mescolotto 28141<br>anm@fertig.com<br>200 SE 13th Street<br>Fort Lauderdale, FL 33316<br>PH: (954) 763-5020<br>FX: (954) 763-5412<br>Attorneys for Plaintiff<br>*VIA CM/ECF* | JOSHUA D. LERNER<br>Florida Bar No.: 455067<br>jlerner@rumberger.com (primary)<br>docketingmiami@rumberger.com and<br>jlernersecy@rumberger.com (secondary)<br>MICHAEL R. HOLT<br>Florida Bar No.: 0483450<br>mholt@rumberger.com (primary)<br>docketingmiami@rumberger.com and<br>mholtsecy@rumberger.com (secondary)<br>JESSICA KERBEL<br>Florida Bar No.: 124152<br>E-mail: jkerbel@rumberger.com (primary)<br>docketingmiami@rumberger.com and<br>jkerbelsecy@rumberger.com (secondary)<br>RUMBERGER, KIRK & CALDWELL<br>Brickell Bayview Centre, Suite 3000<br>80 S.W. 8th Street (33130-3037)<br>Post Office Box 01-9041<br>Miami, Florida 33101<br>Telephone: (305) 358-5577<br>Telecopier: (305) 371-7580<br>*Counsel for Defendant*<br>*VIA CM/ECF* |